(November 2, 1984)

■ In the Matter of DONALD G. SMITH, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of Department of Correctional Services, et al., Respondents. — Motion for permission to proceed as a poor person and for assignment of counsel on appeal from an order, which, *inter alia,* denied petitioner's request for a change of venue in a proceeding pursuant to CPLR article 78. Motion denied upon the ground that such order is not appealable as of right (CPLR 5701, subd [b], par 1). Mahoney, P. J., Kane, Casey, Mikoll and Harvey, JJ., concur.

(November 5, 1984)

■ In the Matter of LARRY L. EATON, Respondent, v WALTER BEEBE, Appellant. — Motion granted, without costs, and appeal from order dated July 2, 1984, dismissed on the ground that the order is not an order of disposition and, therefore, the appeal may not be taken as of right (Family Ct Act, § 1112). It is noted that by decision dated April 16, 1984, this court denied permission to appeal to this court from an order requiring appellant to submit to a certain blood test and the present order sought to be appealed from denied a motion seeking reconsideration of the prior order. Mahoney, P. J., Kane, Casey, Mikoll and Harvey, JJ., concur.